**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**



FILED & ENTERED

NOV 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  jones      DEPUTY CLERK

| | |
|---|---|
| In re<br><br>**KATHLEEN KAREN JENSEN**,<br><br>Debtor. | Case No.: 2:10-42918 RN<br><br>Chapter 7 (Involuntary)<br><br>**ORDER DISMISSING INVOLUNTARY PETITION**<br><br>DATE: September 1, 2010<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 1645 |

On September 1, 2010 at 9:00 a.m., the Court conducted a status conference on the above-referenced involuntary chapter 7 petition in Courtroom 1645 before the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding.  No appearance by or on behalf of the Petitioning Creditor Hugh Jensen ("Petitioning Creditor") was made.  The Court, finding that the Petitioning Creditor failed to serve the alleged debtor with the summons and finding further that Petitioning Creditor failed to demonstrate that he has complied with § 303(b) in that his claim against the Alleged Debtor is non-contingent and undisputed, and that the Alleged Debtor has fewer than 12 creditors thereby permitting him to file an involuntary petition, and good cause appearing,

IT IS HEREBY ORDERED that this involuntary petition is DISMISSED.

      IT IS FURTHER ORDER THAT Petitioning Creditor is barred from filing an involuntary petition against the Alleged Debtor for 180 days.  If Petitioning Creditor violates this order, the Court will impose sanctions.

    ###

DATED: November 10, 2010

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING INVOLUNTARY PETITION WITH 180-DAY BAR** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 8, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David F Makkabi    cmartin@pprlaw.net, dmakkabi@pralc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor
Hugh Jensen
5831 W Greentree Dr.,
Somis, CA 93066

**Debtor**
Kathleen Karen Jensen
11127 Braddock Dr
Culver City, CA 90230

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

All creditors to be served via BNC noticing.